# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MCCUSKER<br>*Plaintiff* | : CIVIL ACTION<br>:<br>: NO. 14-5670 |
| v. | : |
| HIBU PLC, *et al.*<br>*Defendants* | :<br>: |

## ORDER

**AND NOW**, this 8th day of April 2015, upon consideration of Defendants' joint *motion to dismiss*, [ECF 8], Plaintiff's response in opposition thereto, [ECF 12], and Defendants' reply thereto, [ECF 13], and the allegations contained in the complaint, [ECF 1], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion filed on this day, that said motion[1] is **GRANTED**, and the Clerk of Court is directed to **TRANSFER** this matter to the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. §1404(a).

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.

---

[1] For the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion to dismiss has been construed as a motion to transfer venue pursuant to 28 U.S.C. §1404(a).