# MINTZ LEVIN

One Financial Center
Boston, MA 02111
617-542-6000
617-542-2241 fax
www.mintz.com

**Gauri P. Punjabi** | 617 348 1760 | gppunjabi@mintz.com

July 17, 2015

<u>**VIA E-MAIL & FIRST CLASS MAIL**</u>

Clifford E. Haines, Esquire
Haines & Associates
1835 Market Street
Suite 2420
Philadelphia, PA 19103
chaines@haines-law.com

    Re:   *James McCusker v. hibu plc, et al.*
          <u>Eastern District of New York, Civil Docket No. 2:15-cv-2659</u>

Dear Cliff:

    Pursuant to the briefing schedule ordered by the Court on June 29, 2015, enclosed please find the following:

1. Notice of Defendants' Partial Motion to Dismiss;

2. Memorandum of Law in Support of Defendants' Partial Motion to Dismiss; and

3. Affidavit of Gauri P. Punjabi.

If you have any questions, please do not hesitate to contact me.

                Sincerely,

                Gauri P. Punjabi

cc:   Hon. Leonard D. Wexler (w/o enclosures)
      Hon. Gary R. Brown (w/o enclosures)
      Bret A. Cohen, Esq.

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | LONDON | LOS ANGELES | NEW YORK | SAN DIEGO | SAN FRANCISCO | STAMFORD | WASHINGTON

42526133v.1