UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

JAMES MCCUSKER,                                  :

               Plaintiff,                 :         Civil Docket No. 2:15-cv-2659

               v.                         :

HIBU PLC, *et al.*,                              :

               Defendants.                :

---

## NOTICE OF DEFENDANTS' PARTIAL MOTION TO DISMISS

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law in Support of Defendants' Partial Motion to Dismiss and Affidavit of Gauri P. Punjabi and exhibits attached thereto, Defendants hibu plc, hibu Inc. and Michael Pocock ("Defendants") will move to dismiss with prejudice Count II of Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6).  Plaintiff's defamation claim should be dismissed because it fails to state a claim upon which relief can be granted.

The briefing schedule for this Motion was agreed upon by the parties and ordered by the Court on June 29, 2015.

Defendants request oral argument on their Motion.

Dated:  July 17, 2015

*Gauri P. Punjabi*

Bret A. Cohen (admitted *pro hac vice*)
Gauri P. Punjabi (admitted *pro hac vice*)
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241
bcohen@mintz.com
gppunjabi@mintz.com

Terry McMahon
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
Chrysler Center
666 Third Avenue
New York, NY 10017
Tel: (212) 935-3000
Fax: (212) 983-3115
tmcmahon@mintz.com

*Counsel for Defendants hibu plc, hibu Inc. and Michael Pocock*

<u>CERTIFICATE OF SERVICE</u>

I, Gauri P. Punjabi, hereby certify that this Motion and its accompanying Memorandum

of Law and Affidavit of Gauri P. Punjabi were served on counsel for the Plaintiff on July 17, 2015

via e-mail and U.S. First Class Mail:

Clifford E. Haines, Esquire
Haines & Associates
1835 Market Street
Suite 2420
Philadelphia, PA  19103
chaines@haines-law.com

Dated:  July 17, 2015

_____
Gauri P. Punjabi

41584968v.2