UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES McCUSKER,<br><br>                        Plaintiff,<br><br>   -against-<br><br>hibu PLC, et al.,<br><br>                       Defendants. | **ECF Case**<br>**C.A. No. 15-cv-2659** |

## NOTICE OF APPEARANCE

***PLEASE TAKE NOTICE*** that James M. Lemonedes, Esq. of the law firm Fox Rothschild LLP, hereby enters his appearance as counsel for JAMES McCUSKER, ("Plaintiff"), to represent him in connection with the above-captioned proceeding. Mr. Lemonedes' address and telephone number are:

        Fox Rothschild LLP
        100 Park Avenue, 15th Floor
        New York, New York 10017
        Attn: James M. Lemonedes, Esq.
        Tel: (212) 878-7918
        Fax: (212) 692-0940
        Email: jlemonedes@foxrothschild.com

Dated:   New York, New York
           August 21, 2015

                        FOX ROTHSCHILD LLP
                        *Counsel to Plaintiff*
                        James McCusker

                        By:  /s/ *James M. Lemonedes*
                              James M. Lemonedes, Esq.
                              100 Park Avenue, 15th Floor
                              New York, New York 10017
                              (212) 878-7900