UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES McCUSKER, | : |
| | : |
| *Plaintiff,* | : CIVIL ACTION NO. |
| vs. | : 2:15-CV-2659 |
| | : |
| HIBU PLC, HIBU INC., MIKE POCOCK, TONY BATES, BOB WIGLEY, ELIZABETH G. CHAMBERS, JOHN COGHLAN, TOBY COPPEL, CARLOS ESPINOSA de los MONTEROS, KATHLEEN FLAHERTY, RICHARD HOOPER and BOB GREGERSON, | : |
| *Defendants.* | : |

## JOINT PRETRIAL ORDER

Pursuant to the Court's Scheduling Order, the parties submit the following Pretrial Order:

**I.     FULL CAPTION OF THE ACTION**

The full caption of the action is as set forth above.

**II.    IDENTIFICATION OF COUNSEL**

Plaintiff is represented by Clifford E. Haines and Danielle M. Weiss of Haines and Associates, located at The Widener Building, 5th Floor, 1339 Chestnut Street, Philadelphia, PA 19107, phone: 215-246-2200, fax: 215-246-2211 and James M. Lemonedes of Fox Rothschild LLP, located at 100 Park Avenue, Suite 1700, New York, NY 10178, phone: 212-878-7900, fax: 212-692-0940.

Defendants are presented by Bret A. Cohen, Breton Leone-Quick, Gauri P. Punjabi, Terry McMahon and Robert O. Sheridan of Mintz Levin Cohn Ferris Glovsky and Popeo PC, located at One Financial Center, Boston, MA 02111, phone: 617-542-6000, fax: 617-542-2241.

**III.   TRIAL TIME**

The trial by jury is expected to last 6-8 trial days.

IV.  **WITNESSES TO BE CALLED AT TRIAL**

    A.  **FACT WITNESSES FOR PLAINTIFF**

        1.  James McCusker (in person)

        2.  Mark Cairns (in person)

        3.  Malcolm Green (in person)

        4.  Christian Wells (in person)

        5.  Michael Pocock (by deposition)

        6.  Joseph Walsh (by deposition)

        7.  Christopher Wilmot (by deposition)

        8.  Robert Wigley (by deposition)

        9.  Bryan Turner (by deposition)

        10.  Anthony Bates (by deposition)

        11.  Gary Shaw (in person)

        12.  Richard Hooper (by deposition)

        13.  Christopher Wilson (in person)

        14.  John Butler (in person)

        15.  Russ Michels (in person)

        16.  Lisa Mueller (in person)

    B.  **FACT WITNESSES FOR DEFENDANT**

        1.  Malcolm Green (in person)

        2.  Christian Wells (in person)

        3.  Bryan Turner (in person)

        4.  Richard Lumby (in person)

        5.  Robert Gregerson (in person)

        6.  Angie Corcoran (in person)

7. Mark Payne (in person)

8. Edward Broderick (in person)

9. Mark Cairns (in person)

10. Forensics consultant from Navigant Consulting, to be identified (in person)

11. Michael Pocock (in person if available; by video or deposition if health does not permit in person testimony)

12. Joseph Walsh (by deposition)

13. Richard Hooper (by deposition)

14. Robert Wigley (by deposition)

15. Anthony Bates (by deposition)

16. Christopher Wilmot (by deposition)

C. **EXPERT WITNESSES FOR DEFENDANT**

1. Handwriting expert, to be identified (in person)

V. **DEPOSITION DESIGNATIONS**

A. **TESTIMONY DESIGNATED BY THE PARTIES**

**Deposition Designations of Chris Wilmot**

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Defendants' Designations | Plaintiff's Objections | Plaintiff's Counter Designations |
|---|---|---|---|---|---|
| 4:5-5:11 | | | 4:12-7:3 | | 4:5-7:8 |
| 6:15-21 | | | 8:10-9:9 | | |
| 7:4-8 | | | 9:21-10:9 | | 9:21-10:17 |
| 8:10-11; 23 | | | 11:5-11:12 | | 11:5-12:20 |
| 9:24-10:17 | | | 12:21-16:4 | | 12:21-16:23 |
| 11:24-12:20 | | | 17:8-19:1 | | |
| 13:19-14:2 | | | 23:2-23:10 | | 23:2-26:8 |
| 15:16-16:22 | | 15:16-16:23 | 25:1-26:4 | | |
| 17:8-19:1 | | | 26:22-27:1 | | |
| 19:21-20:22 | | 19:21-21:15 | 29:15-30:13 | | |
| 21:16-22:23 | | 21:16-23:1 | | | |
| 23:2-26:8 | Object to 23:11-24:17 | | | | |
| 28:1-6; 11-15 | | 28:7-10 | | | |
| 28:25-29:14 | | | | | 28:25-20:13 |

3

**Deposition Designations of Bryan Turner**[1]

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Defendants' Designations | Plaintiff's Objections | Plaintiff's Counter Designations |
|---|---|---|---|---|---|
| 7:10-34:14 | *See Footnote 1* | | | | |
| 36:24-37:22 | | | | | |
| 38:20-42:5 | | | | | |
| 43:1-6 | | | | | |
| 50:19-20 | | | | | |
| 52:8-53:1 | | | | | |
| 54:25-56:1 | | | | | |
| 58:21-59:8 | | | | | |
| 60:15-62:10 | | | | | |
| 65:8-65:15 | | | | | |
| 74:3-8 | | | | | |
| 78:18-79:50 | | | | | |
| 83:1-19 | | | | | |
| 86:16-87:23 | | | | | |
| 88:16-89:14 | | | | | |

**Deposition Designations of Tony Bates**

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Defendants' Designations | Plaintiff's Objections | Plaintiff's Counter Designations |
|---|---|---|---|---|---|
| 8:9-18 | | | 7:25-10:1 | | |
| 10:8-11 | | 10:7-10:11 | 11:19-12:15 | | |
| 10:20-14:7 | | 10:19-14:7 | 15:19-16:12 | | |
| 15:19-16:12 | | | 19:10-20:21 | | |
| 20:15-20 | | | 21:5-21:22 | | 21:23-22:19 |
| 22:15-22:19 | | | 22:20-23:6 | | 22:20-23:9 |
| 29:7-30:15 | | | 23:18-24:5 | | 23:18-25:4 |
| 36:2-37:6 | | | 25:5-26:21 | | 25:5-26:25 |
| 37:7-38:3 | | | 27:9-27:24 | | 27:9-28:8 |
| 40:7-45:4 | Object to 40:7-15 | | 28:15-29:4 | | 28:15-30:15 |
| 46:4-46:22 | | | 31:5-36:2 | | 31:5-36:9 |
| 48:11-48:22 | | | 37:22-39:12 | | 37:7-39:12 |
| 50:11-23 | | | 41:8-58:12 | | 40:7-60:7 |
| 51:3-52:7 | | | 60:8-61:17 | | 60:8-62:2 |
| 54:10-56:2 | | | 63:8-63:24 | | 62:12-66:4 |
| 58:1-50:7 | | | 64:14-66:4 | | |
| 62:11-64:25 | | 62:10-64:25 | 67:8-67:16 | | 67:8-67:17 |
| | | | 68:1-69:24 | | |
| | | | 73:15-74:11 | | 73:11-74:11 |

---

[1] Defendants object to the deposition designations of Bryan Turner in their entirety.

4

**Deposition Designations of Richard Hooper**

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Defendants' Designations | Plaintiff's Objections | Plaintiff's Counter Designations |
|---|---|---|---|---|---|
| 8:9-10:20 | | | 6:2-6:7 | | |
| 11:19-13:14 | | | 7:11-8:21 | | |
| 14:6-15:18 | | | 9:3-16:17 | | |
| 16:9-28:30 | Object to 25:15-26:24 | | 17:2-20:13 | | |
| 31:23-32:25 | | | 21:7-21:17 | | |
| 39:5-16 | | | 21:19-25:14 | | |
| 41:6-42:15 | Object to 41:7-15 | | 26:25-27:12 | | |
| | | | 28:3-31:2 | | 28:3-31:9 |
| | | | 31:10-31:21 | | |
| | | | 36:3-36:20 | | 35:3-37:4 |
| | | | 37:7-38:10 | | |
| | | | 38:16-38:23 | | |
| | | | 39:5-39:20 | | |
| | | | 41:11-42:15 | | 41:6-42:15 |

**Deposition Designations of Michael Pocock (3/11/16 transcript)**

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Defendants' Designations | Plaintiff's Objections | Plaintiff' Counter Designations |
|---|---|---|---|---|---|
| 5:10-12 | | | 4:16-4:24 | | |
| 14:8-15:23 | | | 5:13-16:13 | | 5:10-16:22 |
| 16:6-22 | | | 17:25-19:13 | | 17:25-19:14 |
| 19:15-21:17 | Object to 19:15-20 | | 19:21-20:16 | | |
| 28:29-29:8 | | | 20:24-23:18 | | |
| 36:20-25 | | | 25:7-27:23 | | |
| 40:13-15 | | | 28:14-42:9 | | 28:14-42:8 |
| 47:2-9 | | | 43:1-47:9 | | |
| 51:3-16 | | | 47:14-47:24 | Object | |
| 56:19-57:12 | Object to 57:7-12 | | 48:16-51:1 | Object | |
| 58:3-61:7 | | | 52:4-53:4 | Object | |
| 61:12-63:16 | | | 54:11-55:5 | | |
| 66:17-67:24 | | | 56:19-57:2 | | 56:19-61:7 |
| 69:20-70:3 | | | 57:16-61:7 | | |
| 73:9-81:20 | | | 61:12-73:22 | | 61:12-89:18 |
| 86:16-90:8 | Object to 89:19-25 and 90:1-8 | | 74:7-89:18 | | |
| 99:21-115:8 | Object to | | 90:22-91:9 | | 90:1-91:9 |

5

| | 100:15-101:4 and 103:25-113:9 | | | | |
|---|---|---|---|---|---|
| 115:12-20 | | | 95:24-100:10 | | 95:24-116:2 |
| | | | 101:5-103:24 | | |
| | | | 113:10-113:14 | | |
| | | | 115:12-116:2 | | |

**Deposition Designations of Michael Pocock (8/4/16 transcript)**

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Defendants' Designations | Plaintiff's Objections | Plaintiff's Counter Designations |
|---|---|---|---|---|---|
| | | | 5:8-6:3 | | |
| | | | 6:15-20:21 | | |
| | | | 21:13-24:25 | | 21:5-25:25 |
| | | | 25:13-25:25 | | |
| | | | 26:11-26:21 | | |
| | | | 31:6-31:22 | | 31:6-31:25 |
| | | | 34:5-34:14 | | 34:5-36:6 |
| | | | 37:20-46:24 | | 37:3-52:21 |
| | | | 48:14-52:21 | | |
| | | | 56:20-57:17 | | 56:20-57:23 |
| | | | 58:1-61:18 | | 58:1-61:24 |
| | | | 62:13-64:1 | | |
| | | | 65:14-66:7 | | 65:3-66:7 |
| | | | 68:10-68:14 | | 67:11-68:14 |
| | | | 71:8-71:19 | | 71:8-72:2 |
| | | | 73:1-75:7 | | 73:1-75:8 |

**Deposition Designations of Mark Cairns[2]**

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Defendants' Designations | Plaintiff's Objections | Plaintiff's Counter Designations |
|---|---|---|---|---|---|
| | | | 12:7-12:12 | | |
| | | | 21:5-22:15 | Object | |
| | | | 23:8-24:4 | Object to 23:8-23:24 | |
| | | | 26:3-26:22 | Object | |
| | | | 27:8-28:1 | Object | |
| | | | 69:6-76:2 | Object | |
| | | | 73:18-77:2 | Object | |
| | | | 86:15-86:24 | | |
| | | | 89:24-90:4 | | |

---

[2] Notwithstanding the objections listed herein, Plaintiff objects to the deposition designations of Mark Cairns in their entirety.

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | 92:5-92:16 |  |  |
|  |  |  | 94:16-95:21 |  |  |
|  |  |  | 114:5-114:12 | Object |  |
|  |  |  | 115:2-115:10 | Object |  |
|  |  |  | 122:4-122:6 |  |  |
|  |  |  | 123:1-124:24 | Object to 123:1-123:6; 124:2-24 | 123:7-124:1 |
|  |  |  | 136:19-136:24 |  | 136:19-137:7 |
|  |  |  | 138:20-140:4 |  |  |
|  |  |  | 141:1-141:25 |  | 141:1-142:24 |
|  |  |  | 142:1-142:16 |  | 142:1-143:6 |
|  |  |  | 182:11-184:7 |  |  |
|  |  |  | 185:5-188:15 | Object to 188:9-15 |  |
|  |  |  | 196:12-197:15 |  | 196:12-197:14 |
|  |  |  | 206:22-207:7 |  | 206:22-207:8 |
|  |  |  | 240:15-240:24 | Object |  |
|  |  |  | 241:14-241:19 |  |  |
|  |  |  | 256:6-269:22 |  | 256:6-274:11 |
|  |  |  | 275:1-275:4 |  | 275:1-275:13 |
|  |  |  | 297:1-298:24 |  | 297:1-300:6 |

**Deposition Designations of Bob Wigley**

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter Designations | Defendants' Designations | Plaintiff's Objections | Plaintiff's Counter Designations |
|---|---|---|---|---|---|
|  |  |  | 5:23-7:24 |  |  |
|  |  |  | 13:10-14:9 |  |  |
|  |  |  | 16:15-26:5 |  | 15:13-26:5 |
|  |  |  | 26:17-29:15 |  |  |
|  |  |  | 31:2-32:17 |  | 31:2-33:2 |
|  |  |  | 33:4-33:15 |  |  |
|  |  |  | 36:8-40:17 |  |  |
|  |  |  | 41:4-46:15 |  |  |
|  |  |  | 48:4-48:25 |  |  |
|  |  |  | 49:13-49:17 |  |  |
|  |  |  | 51:7-52:5 |  | 51:7-53:7 |
|  |  |  | 54:2-54:22 |  |  |
|  |  |  | 56:3-57:25 |  |  |
|  |  |  | 58:20-66;9 |  |  |
|  |  |  | 74:25-76:10 |  | 67:14-74:25 |
|  |  |  | 77:9-79:9 |  |  |
|  |  |  | 80:14-83:21 |  |  |
|  |  |  | 84:5-84:23 |  |  |
|  |  |  | 85:21-88:14 |  |  |
|  |  |  | 90:2-96:7 |  |  |
|  |  |  | 106:4-108:6 |  |  |

VI.     SCHEDULE OF EXHIBITS

    A.     EXHIBITS FOR PLAINTIFF WITH DEFENDANTS' OBJECTIONS

P1     Email dated March 6, 2013 from Corporate Communications Group to Corporate Communications Group, signed by Mike Pocock

P2     Letter terminating McCusker's Employment, dated March 6, 2013

P3     Yell Group plc Annual Report for the year ended 31 March 2012

P4     Deposition of Christian Wells with Exhibits **[Defendants Object]**

P5     Deposition of Malcolm Green with Exhibits **[Defendants Object]**

P6     Deposition of Mike Pocock with Exhibits **[Defendants Object]**

P7     Deposition of Chris Wilmot **[Defendants Object]**

P8     Deposition of Tony Bates **[Defendants Object]**

P9     Deposition of Richard Hooper with Exhibits **[Defendants Object]**

P10     Deposition of Bryan Turner **[Defendants Object]**

P11     Project Green Draft Note of Interview with Patti Seda, hibu0000294-0000296

P12     Project Green Draft Note of Interview with John Gregory hibu0000282-hibu0000287

P13     Project Green Draft Note of follow-up Interview with John Gregory hibu0000288-hibu0000293

P14     Project Green Draft Note of Interview with John Wholey hibu0000306-hibu0000308

P15     Project Green Draft Note of Interview with John Butler hibu0000273-hibu0000281

P16     Email from Richard Hooper to Mike Pocock cc to Christian Wells, dated 2/12/13, hibu0000256

P17     Email from Bob Wigley to Mike Pocock, Christian Wells, Tony Bates, Simon Freakley, cc to Richard Hooper, dated 2/15/13 hibu0000297

P18     McCusker's Personnel File as Produced by hibu in discovery

| | |
|---|---|
| P19 | hibu document: Our Code of Ethics, hibu0000405-hibu0000427 |
| P20 | Summary Note of Interviews, hibu0000315-hibu0000317 |
| P21 | McCusker's tax records from 2009-2015 |
| P22 | McCusker's Handwritten notes of people who contacted him post-termination and/or refused to speak to return his calls McCusker001581-McCusker001582 **[Defendants Object]** |
| P23 | Notes from McCusker's former colleagues sent post-termination McCusker001551-McCusker001579 **[Defendants Object]** |
| P24 | McCusker's handwritten notes McCusker001543-McCusker001550 **[Defendants Object]** |
| P25 | McCusker's "Black and Reds" McCusker000686-McCusker001542 |
| P26 | Post-hibu offer letters McCusker001586-McCusker001591 |
| P27 | McCusker's hibu employment agreement |
| P28 | Mike Pocock's employment agreement **[Defendants Object]** |
| P29 | Written reports and/or presentations and/or slides prepared by Booz Allen Hamilton between January 2011 and March 2013 for hibu related to Pocock's initiatives for restoring hibu's financial condition **[Defendants Object]** |
| P30 | Written reports and/or presentations and/or slides prepared by Deloitte between January 2011 and March 2013 for CoCom and presented to any executive of hibu and/or any board member of hibu related to Pocock's initiatives for restoring hibu's financial condition **[Defendants Object]** |
| P31 | Proposals, appraisals or any other written materials prepared by Houlihan Lokey at the request of CoCom or the board of hibu related to the potential sale of hibu Inc and/or hibu PLC between January 2011 and March 2013 **[Defendants Object]** |
| P32 | hibu PLC board minutes from January 1, 2011 through March 31, 2013 **[Defendants Object]** |
| P33 | hibu Inc board minutes from January 1, 2011 through March 31, 2013 **[Defendants Object]** |
| P34 | Letter from Joe Walsh to Chris Wilson of Houlihan Lokey Walsh 000001-000002 |
| P35 | Any document used as an exhibit in the deposition of Joe Walsh |
| P36 | Defendants' Answers to Interrogatories |

P37    Defendants Answers to Requests for Admission

P38    Any document produced by the Defendants in discovery **[Defendants Object]**

P39    All Pleadings and Motions in this matter **[Defendants Object]**

P40    Any document identified in the Defendants' Portion of the Pretrial Memorandum

**B.    EXHIBITS FOR DEFENDANTS WITH PLAINTIFF'S OBJECTIONS**

D1     February 3, 2012 E-mail from Joe Walsh re: The consolidation wave is about to kick off (Hibu_JM_000007)

D2     March 8, 2012 E-mail from Joe Walsh re: AT&T and Cerberus Capitol (Hibu_JM_000047)

D3     January 2, 2013 E-mail from Joe Walsh re: Platinum Equity (Hibu_JM_000048).

D4     February 28, 2013 Voicemail from Joe Walsh to Mark Cairns (Hibu_JM_000158)

D5     February 28, 2013 E-mail from Joe Walsh to Mark Cairns re: golf (hibu0000223)

D6     January 18, 2013 Voicemail from Joe Walsh to Jim McCusker (Hibu_JM_000003)

D7     February 7, 2013 Voicemail from Joe Walsh to Jim McCusker (Hibu_JM_000002)

D8     February 28, 2013 Voicemail from Joe Walsh to Jim McCusker (Hibu_JM_000006)

D9     James McCusker March 6, 2013 Termination Letter (Hibu_JM_000057)

D10    Mark Cairns' CoCom Contact List (Cairns Deposition Exhibit 3) **[Plaintiff Objects]**

D11    November 1, 2012 E-mail from Joe Walsh re: Supermedia (Hibu_JM_000052)

D12    March 6, 2013 E-mail from Mike Pocock to Corporate Communications Group (Hibu_JM_000001)

10

D13  August 21, 2012 E-mail from Jim McCusker to Mark Cairns (Hibu_JM_000011-12)

D14  August 21, 2012 E-mail from Mark Cairns to Jim McCusker (Hibu_JM_000013-14)

D15  December 4, 2012 E-mail from Mark Cairns to Jim McCusker (Hibu_JM_000034-35)

D16  February 2012-February 20, 2013 Call Log (Hibu_JM_000004) **[Plaintiff Objects]**

D17  February 28, 2013 Call Log (Hibu_JM_000166) **[Plaintiff Objects]**

D18  Jim McCusker iPhone Data Report (Hibu_JM_000005) and/or screenshots of actual text messages **[Plaintiff Objects]**

D19  hibu Code of Ethics (Hibu_JM_000168-190)

D20  January 28, 2013 E-mail from Joe Walsh to Rick Lumby re: we should talk (Hibu_JM_000162-163)

D21  December 19, 2012 E-mail from John Gregory to Joe Walsh re: Great News Today (Hibu_JM_000161)

D22  January 27, 2013 E-mail from Joe Walsh to Rick Lumby re: contact list everyone has been asking for (attaching CoCom contact information) (Hibu_JM_159-160)

D23  August 2, 2012 E-mail from Joe Walsh re: 8/9-8/10 (Hibu_JM_000036-37)

D24  February 12, 2013 E-mail from Richard Hooper to Mike Pocock (Hibu_JM_000053)

D25  Notes of Gary Shaw interview (Hibu_JM_000088-101)

D26  Notes of John Butler interview (Hibu_JM_000102-110)

11

D27  Notes of John Gregory interview (Hibu_JM_000111-116)

D28  Notes of John Gregory interview (Hibu_JM_000117-122)

D29  Notes of Patti Seda interview (Hibu_JM_000123-125)

D30  Notes of Bryan Turner interview (Hibu_JM_000127-134)

D31  Notes of John Wholey interview (Hibu_JM_000135-137)

D32  November 2, 2012 E-mail from Bob Wigley to Mike Pocock and Tony Bates (Hibu_JM_000143) **[Plaintiff Objects]**

D33  Notes of Jim McCusker and Mark Cairns interviews (Hibu_JM_000144-146)

D34  Budget Meeting Schedules (Hibu_JM_000138-142)

D35  April 15, 2012 Offer Letter from Yellowbook Inc. to James McCusker (Hibu_JM_000147-154)

D36  October 24, 2012 Offer Letter to purchase Yellowbook Inc. from Joe Walsh to Houlihan Lokey (McCusker000069-70)

D37  McCusker Notes from Black and Red Notebooks (McCusker000686-001542)

D38  McCusker Dex Media Offer Letter (McCusker001590-91)

D39  McCusker W-2 Earnings Summary (McCusker001583-85)

D40  McCusker Tax Returns 2009-2015 (McCusker001592-McCusker001609)

D41  McCusker Resume

D42  McCusker Employment Offer from Argo Tea (McCusker001586)

D43  McCusker Employment Offer from eLocal (McCusker001587-88)

D44  October 8, 2012 E-mail from Joe Walsh to James McCusker (Hibu_JM_000020)

D45  October 8, 2012 E-mail from Gary Shaw to James McCusker (Hibu_JM_000021)

D46  October 2, 2012 E-mail from James McCusker to Gary Shaw (Hibu_JM_000019)

D47  An Open Letter to members of the CoCom of Hibu Lenders (McCusker000049-53)

D48  February 15, 2013 E-mail from Bob Wigley to Mike Pocock, Christian Wells, Tony Bates, and Simon Freakley (Hibu_JM_000126)

D49  April 15, 2012 E-mail from Joe Walsh re: Dilbert Cartoon (Hibu_JM_000156-57)

D50  August 21, 2012 E-mail from Jim McCusker to Joe Walsh re: Dex/SM merger (Hibu_JM_000022-33)

D51  January 27, 2012 E-mail from Joe Walsh to Jim McCusker re: Culture eats strategy for lunch (Hibu_JM_000040)

D52  July 29, 2013 E-mail from Jim McCusker to Joe Walsh re: Fun (Hibu_JM_000038-39)

D53  January 27, 2012 E-mail from Joe Walsh to Jim McCusker re: S&P raising Yell to a B- (Hibu_JM_000041)

D54  January 27, 2012 E-mail from Joe Walsh re: AT&T may sell? (Hibu_JM_000042)

D55  February 13, 2013 E-mail from Joe Walsh to Jim McCusker (Hibu_JM_000043-46)

D56  November 14, 2011 E-mail from Joe Walsh re: Why are big companies so mediocre? (Hibu_JM_000049)

D57  February 3, 2012 E-mail from Joe Walsh re: YP Print Reality (Hibu_JM_000050-51)

D58  McCusker Calendar Appointments

D59  March 4, 2012 Letter to Joe Walsh re: Project Chevis

D60  January 6, 2011 Letter re: Platinum Equity Bid

| | |
|---|---|
| D61 | January 6, 2011 Letter re: New Mountain Capital Bid |
| D62 | October 2012 Press Reports regarding hibu Debt Payment |
| D63 | April 25, 2012 e-mail from Tony Bates to McCusker re: Fiscal 13 Budget |
| D64 | January 8, 2013 e-mail from McCusker to Christian Wells re: Protecting Our Data |
| D65 | Christian Wells December 2012 Note re: Conversation with Joe Walsh **[Plaintiff Objects]** |
| D66 | hibu Organization Chart of Employees Reporting to McCusker |
| D67 | January 23, 2013 e-mail from McCusker to Mark Cairns re: Streamlining Our Global Organisational Structure |
| D68 | Joe Walsh Handwritten Notes (Walsh000003-85) |
| D69 | Joe Walsh Phone Records (Walsh000086-293) |
| D70 | Joe Walsh Handwritten Calendar Notes (Walsh000294-373) |
| D71 | McCusker Dex Media Employment Documents (Walsh000393-411) |
| D72 | Affidavit of Joe Walsh (Walsh000412-414) |
| D73 | May 21, 2015 E-mail re: McCusker Offer (Walsh000415-416) |
| D74 | May 14, 2015 E-mail re: Jim McCusker offer letter – VP – Expansion Channel (Walsh000417-419) |
| D75 | May 15, 2015 E-mail re: Jim McCusker offer letter – VP – Expansion Channel (Walsh000420-422) |
| D76 | May 16, 2015 E-mail re: Jim McCusker offer letter – VP – Expansion Channel (Walsh000423-424) |
| D77 | May 22, 2015 E-mail re: Let me know if you have some time (Walsh000425-426) |

D78  Transcript of Deposition of Joe Walsh, and accompanying exhibits **[Plaintiff Objects]**

D79  hibu PLC and hibu Inc. v. Joe Walsh Complaint

D80  McCusker v. hibu PLC et al. Complaint

D81  McCusker Responses to Defendants' Requests for Admissions

D82  McCusker Answers to Defendants' Interrogatories

D83  Any document identified in Plaintiff's portion of the pretrial memorandum

The parties reserve the right to amend this list up to the time of trial with proper notice to all counsel and the Court.

                                                    Respectfully submitted:

HAINES & ASSOCIATES                  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, PC

*/s/ Clifford E. Haines*                        */s/ Bret A. Cohen*
Clifford E. Haines                                Bret A. Cohen
                                                Breton Leone-Quick
                                                Gauri P. Punjabi
The Widener Building, 5th Floor            Terry McMahon
1339 Chestnut Street                           Robert O. Sheridan
Philadelphia, PA 19107                       MINTZ, LEVIN, COHN, FERRIS,
(215) 246-2200                                   GLOVSKY AND POPEO, P.C.
(215) 246-2211                                   One Financial Center
                                                Boston, MA 02111
                                                (617) 542-6000
                                                (617) 542-2241

*Attorneys for Plaintiff*                       *Attorneys for Defendants hibu PLC, hibu, Inc. and Michael Pocock*

Dated:  September 21, 2016

## **CERTIFICATE OF SERVICE**

      I, Bret A. Cohen, Esquire, hereby certify that a true and correct copy of the foregoing Joint Pretrial Memorandum was served on counsel for Plaintiff through the Court's ECF System on September 21, 2016.

                                                                                     */s/ Bret A. Cohen*